IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00495-MSK-MEH

ETHEL HIXSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA by and through Mary Shy, F.N.P., and High Plains Community Health Center,
KAREN CHASE, M.D.,
KENT MADSEN, R.P.T.,
HILTON C. RAY, M.D.,
HILTON C. RAY, M.D., P.C.,
THOMAS J. FITZGERALD, M.D., and
PHYSICAL THERAPY PLUS OF LAMAR, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2009.**

    Defendant, Karen Chase, M.D.'s Motion for Joinder in Defendant United States' Response to Plaintiff's Motion for Protective Order (Doc. #54) [filed June 26, 2009; docket #74] is **denied as moot**. However, the Court accepts Defendant Karen Chase, M.D.'s motion as a statement of joinder in Defendant United States' Response to Plaintiff's Motion for Protective Order.