IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00495-MSK-MEH

ETHEL HIXSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA by and through Mary Shy, F.N.P., and High Plains Community Health Center,
KAREN CHASE, M.D.,
KENT MADSEN, R.P.T.,
HILTON C. RAY, M.D.,
HILTON C. RAY, M.D., P.C.,
THOMAS J. FITZGERALD, M.D., and
PHYSICAL THERAPY PLUS OF LAMAR, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 18, 2009.**

    In light of the pending completed settlement between Plaintiff and Defendant United States of America, Plaintiff's Motion to Quash Defendant United States of America's Subpoenas and Motion for Sanctions [filed September 11, 2009; docket #120] is **denied as moot**.