IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00495-MSK-MEH

ETHEL HIXSON,

    Plaintiff,

v.

HIGH PLAINS COMMUNITY HEALTH CENTER;
MAR SHY, F.N.P;
KAREN CHASE, M.D.;
KENT MADSEN, R.P.T.;
HILTON C. RAY, M.D.;
HILTON C. RAY, M.D., P.C.; and
PHYSICAL THERAPY PLUS OF LAMAR, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Dismiss the United States With Prejudice (Motion) **(#139)** filed October 15, 2009. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims against Defendant United States of America are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. The caption of all future pleadings shall omit this party.

DATED this 15th day of October, 2009.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge