IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00495-MSK-MEH

ETHEL HIXSON,

       Plaintiff,

v.

HIGH PLAINS COMMUNITY HEALTH CENTER;
MAR SHY, F.N.P;
KENT MADSEN, R.P.T.;
HILTON C. RAY, M.D.;
HILTON C. RAY, M.D., P.C.; and
PHYSICAL THERAPY PLUS OF LAMAR, INC.,

       Defendants.

_____

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT KAREN CHASE, M.D.
WITH PREJUDICE**

_____

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice (Motion) (**#142**) filed October 30, 2009.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**.  Any and all claims asserted against Defendant Karen Chase, M.D. are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  The caption shall be amended to omit Defendant Karen Chase, M.D.

DATED this 2nd day of November, 2009.

                           **BY THE COURT:**

                           _____

                           Marcia S. Krieger
                           United States District Judge