IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00495-MSK-MEH

ETHEL HIXSON,

       Plaintiff,

v.

KENT MADSEN, R.P.T.;
HILTON C. RAY, M.D.;
HILTON C. RAY, M.D., P.C.; and
PHYSICAL THERAPY PLUS OF LAMAR, INC.,

       Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on (1) a Stipulated Motion to Dismiss With Prejudice **(#147)** relating to Defendants Ken Madsen, R.P.T. and Physical Therapy Plus of Lamar, Inc. and (2) a Stipulated Motion to Dismiss with Prejudice **(#148)** relating to Hilton C. Ray, M.D. and Hilton C. Ray, M.D., P.C., both filed December 7, 2009.  The Court having read the Motions filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that

(1)     The Stipulated Motion to Dismiss With Prejudice **(#147)** relating to Defendants Ken Madsen, R.P.T. and Physical Therapy Plus of Lamar, Inc. is **GRANTED**. Any and all claims asserted against Defendants Ken Madsen, R.P.T. and Physical Therapy Plus of Lamar, Inc. are dismissed, with prejudice.

(2)     The Stipulated Motion to Dismiss with Prejudice **(#148)** relating to Hilton C. Ray,

       M.D. and Hilton C. Ray, M.D., P.C. is **GRANTED**.  Any and all claims asserted against Defendants Hilton C. Ray, M.D. and Hilton C. Ray, M.D., P.C. are hereby dismissed, with prejudice.

(3)    As this resolves the Plaintiff's claims against all defendants remaining in this case, the Clerk of Court is directed to close the case.

DATED this 11th day of December, 2009

                           **BY THE COURT:**

                           *Marcia S. Krieger*

                           Marcia S. Krieger
                           United States District Judge